MARY FLANAGAN, PLAINTIFF-PETITIONER, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, DEFENDANT-RESPONDENT.

*Mr. John T. Keefe* for the petitioner.

*Messrs. Emory, Langan & Lamb* and *Mr. Arthur J. Blake* for the respondents.

September 28, 1953.   Granted.

JOHN G. FLANIGAN, SUBSTITUTED ADMINISTRATOR, ETC., PLAINTIFF-RESPONDENT, v. JOSEPH B. McFEELY, EXECUTOR, ETC., DEFENDANT-PETITIONER.

*Mr. Joseph B. McFeely* and *Mr. Abraham J. Slurzberg* for the petitioner.

*Mr. Victor S. Kilkenny* and *Mr. Isadore Glauberman* for the respondent.

September 28, 1953.   Denied.